IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01211-CMA-MEH

JOYCE M. CENTOFANTI,

    Plaintiff,

v.

BOARD OF TRUSTEES, ADAMS STATE COLLEGE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2012.**

    Plaintiff's Unopposed Motion for Protective Order [filed October 25, 2012; docket #11] is **granted** and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.