IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01211-CMA-MEH

JOYCE M. CENTOFANTI,

    Plaintiff,

v.

BOARD OF TRUSTEES, ADAMS STATE COLLEGE,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 20), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees..

DATED: April __08__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge